IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-288 |
| | ) |
| ABDUL Q. DANIELS | ) |

ORDER OF COURT

AND NOW, this _3rd_ day of August, 2005, upon due consideration of defendant's pretrial motions and the government's omnibus response, IT IS ORDERED that defendant's motion to dismiss on jurisdictional grounds (Document No. 23) be, and the same hereby is, denied; and,

IT FURTHER IS ORDERED that defendant's motion to compel the government to provide defendant with a statement of uncharged misconduct evidence (Document No. 24) be, and the same hereby is, granted and the government shall produce all 404(b) and 609 evidence which subsequently may come into its possession no later than ten days prior to trial.

Gustave Diamond
United States District Judge

cc: Charles A. Eberle
    Assistant U.S. Attorney

    Linda E.J. Cohn
    Assistant Fed.Pub. Defender